IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WASHINGTON,<br><br>            Petitioner,<br><br>     vs.<br><br>HONORABLE WILLIAM M.<br>WUNDERLICH, et al.,<br><br>            Defendant. | No. CV-F-06-027 REC/LJO<br><br>ORDER STRIKING "NOTICE OF FILING" AND "OBJECTION TO FILING AND DOCKETING OF PETITION FOR WRIT OF MANDAMUS" (Doc. 8) |

   The court hereby strikes the "Notice of Filing" and "Objection to Filing and Docketing of Petition for Writ of Mandamus Filed in This Court Without the Pro Per Authority To Do So Pursuant to Fed. R. App. Proc. Rule 21(a)" filed by petitioner on February 14, 2006.  By Order filed on January 31, 2006, the court dismissed the Petition for Writ of Mandamus, thereby mooting petitioner's objections.

IT IS SO ORDERED.

**Dated:  February 16, 2006**               **/s/ Robert E. Coyle**
668554                                UNITED STATES DISTRICT JUDGE

1